UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **DICKIE FOSTER and MICHAEL BECKER,** **Individually and For Others Similarly Situated,** Plaintiff, <br><br> **v.** <br><br> **NES MIDSTREAM, LLC d/b/a NAVIGATOR** **ENERGY SERVICES, INC.,** Defendant. | **Case No. 3:20-cv-01153-S** <br><br> **JURY TRIAL DEMANDED** <br><br> **COLLECTIVE ACTION PURSUANT** **TO 29 U.S.C. § 216(b)** |

## RULE 41 DISMISSAL WITHOUT PREJUDICE

Plaintiff Dickie Foster (Foster) files this Rule 41 Dismissal without Prejudice as follows:

1.      Foster dismisses his claims without prejudice pursuant to Rule 41(a)(1)(A)(i).

2.      The dismissal of Foster's claims is effective upon the filing of this notice.

3.      Plaintiff Michael Becker shall proceed as named plaintiff. Those individuals who have filed

notices of consent remain.

Respectfully submitted,

By: */s/ Michael A. Josephson*

**Michael A. Josephson**
Texas Bar No. 24014780
**Andrew W. Dunlap**
Texas Bar No. 24078444
**Carl A. Fitz**
Texas Bar No. 24105863
**JOSEPHSON DUNLAP LLP**
11 Greenway Plaza, Suite 3050
Houston, Texas 77046
713-352-1100 – Telephone
713-352-3300 – Facsimile
mjosephson@mybackwages.com
adunlap@mybackwages.com
cfitz@mybackwages.com

**AND**

1

**Richard J. (Rex) Burch**
Texas Bar No. 24001807
**BRUCKNER BURCH PLLC**
8 Greenway Plaza, Suite 1500
Houston, Texas 77046
713-877-8788 – Telephone
713-877-8065 – Facsimile
rburch@brucknerburch.com

**ATTORNEYS IN CHARGE FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

On May 27, 2020, I served the foregoing document on all parties and/or their counsel of record via this Court's ECF filing system in accordance with the Federal Rules of Civil Procedure.

_/s/ Michael A. Josephson_
Michael A. Josephson