UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| DICKIE FOSTER, Individually and for Others Similarly Situated,<br><br>Plaintiffs,<br>v.<br><br>NES MIDSTREAM, LLC d/b/a<br>NAVIGATOR ENERGY SERVICES, INC.<br><br>Defendant. | Case No. 3:20-cv-01153-S<br><br><br><br>Jury Trial Demanded<br><br><br>FLSA Collective Action |

## JOINT RULE 41 DISMISSAL WITHOUT PREJUDICE

Plaintiff Michael Becker ("Becker") and Defendant NES Midstream, LLC ("Navigator") file this Joint Rule 41 Dismissal without Prejudice as follows:

1. Becker dismisses his claims without prejudice pursuant to Rule 41(a)(1)(A)(ii).

2. The dismissal of Becker's claims is effective upon the filing of this notice.

1

Dated: July 17, 2020.                    Respectfully submitted,

/s/ *Michael A. Josephson*
**Michael A. Josephson**
Texas Bar No. 24014780
**Andrew W. Dunlap**
Texas Bar No. 24078444
**Carl A. Fitz**
Texas Bar No. 24105863
**JOSEPHSON DUNLAP LLP**
11 Greenway Plaza, Suite 3050
Houston, Texas 77046
713-352-1100 – Telephone
713-352-3300 – Facsimile
mjosephson@mybackwages.com
adunlap@mybackwages.com
cfitz@mybackwages.com

**AND**

**Richard J. (Rex) Burch**
Texas Bar No. 24001807
**BRUCKNER BURCH PLLC**
8 Greenway Plaza, Suite 1500
Houston, Texas 77046
713-877-8788 – Telephone
713-877-8065 – Facsimile
rburch@brucknerburch.com

**ATTORNEYS FOR PLAINTIFF**

/s/ *David M. Gregory*
DAVID M. GREGORY
Texas State Bar No. 24007274
LOCKE LORD LLP
600 Travis, Suite 2800
Houston, Texas 77002
(713) 226-1200 (Telephone)
(713) 229-2501 (Facsimile)
dgregory@lockelord.com
**ATTORNEYS FOR DEFENDANT NES MIDSTREAM, LLC d/b/a NAVIGATOR ENERGY SERVICES**

**OF COUNSEL:**

EVAN C. BLANKENAU
Texas State Bar No. 24092142
LOCKE LORD LLP
600 Travis, Suite 2800
Houston, Texas 77002
(713) 226-1200 (Telephone)
(713) 229-2501 (Facsimile)
evan.blankenau@lockelord.com

KIMBERLY F. WILLIAMS
Texas State Bar No. 24050592
LOCKE LORD LLP
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201-6776
Telephone: (214) 740-8000
Facsimile: (214) 740-8800
kwilliams@lockelord.com

## CERTIFICATE OF SERVICE

      On July 17, 2020, I served the foregoing document on all parties and/or their counsel of record via this Court's ECF filing system in accordance with the Federal Rules of Civil Procedure.

      */s/ Michael A. Josephson*
      Michael A. Josephson